FILED

05/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0571

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0571

_____

PAUL PHILLIP BARDOS AND MARY L.
BARDOS REVOCABLE TRUST,

      Plaintiff and Appellant,

  v.

ROBERT L. SPOKLIE,

      Defendant and Appellee.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2024